# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

A USPS Priority Mail Small Flat Rate Box with Signature Tracking # 9410 8112 0108 0964 9839 89 addressed to "Jesse Bierman, 429 High St., Birnamwood WI 54414-9244" and containing the return address "N B Tween Inc., 22136 Westheimer Pkwy #717, Katy TX 77450."

Case Number: 13 m 624



USDC EDWI
FILED IN GREEN BAY DIV

MAY 1 0 2013

AT_____ O'CLOCK_____M
JON W. SANFILIPPO

TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

TO: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in the Eastern District of Wisconsin

**A USPS Priority Mail Small Flat Rate Box with Signature Tracking # 9410 8112 0108 0964 9839 89 addressed to "Jesse Bierman, 429 High St., Birnamwood WI 54414-9244" and containing the return address "N B Tween Inc., 22136 Westheimer Pkwy #717, Katy TX 77450."**

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of Title 21 U.S.C. § 843(b), 841(a)(1), and 844.

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before 5-16—, 2013
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge <u>James R Sickel</u>.

Date and time issued MAY 6, 2013; 3:27 p.m.

City and state: <u>Green Bay, Wisconsin</u>

*Judge's signature*

THE HONORABLE JAMES R. SICKEL
<u>United States Magistrate Judge</u>
*Name & Title of Judicial Officer*

| | | |
|---|---|---|
| **RETURN** | | |
| Case No.<br>13-M-624 | Date and time Warrant executed<br>May 7, 2013 at 8:00 AM | Copy of warrant and inventory left with:<br>USPS |

Inventory made in the presence of
Detective Keith Sorlie, Shawano County Sheriff's Department
Derik Thieme, U.S. Postal Inspector

Inventory of person or property taken and name of any person(s) seized:

Priority Mail parcel with Signature Tracking number 9410 8112 0108 0964 9839 89 containing one sealed manila colored envelope which held two clear plastic Ziploc bags. Each of the two bags contained a cream colored powder labeled in black ink, "APVP", and had a sticker attached which read, "Warning Toxic Not For Human Consumption." The combined weight of the powder and two bags was approximately 24 grams. One of the two bags was taken by the Shawano County Sheriff's Department to the Wisconsin State Crime Lab in Wausau, WI where the powder was found to contain the presence of alpha-Pyrrolidinovalerophenone, or α-PVP.

## CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/10/2013

*(Executing officer's signature)*

Subscribed, sworn to, and returned before me this date.

MATT SCHMITZ, POSTAL INSPECTOR
*(Printed name and title)*

5/10/13
*(Date)*

*(U.S. Judge or Magistrate Judge)*